**Order entered November 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01203-CV

**RHONDA JEAN FULLER, Appellant**

**V.**

**JOHN SCOTT DEFRANCO, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0724**

## ORDER

Before the Court are appellant's October 28, 2019 motion for extension of time to file her notice of appeal and appellee's November 1, 2019 response. We **GRANT** the motion and deem the notice of appeal filed September 24, 2019 timely for jurisdictional purposes.

/s/    KEN MOLBERG
        JUSTICE